AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-4029

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Angela Durham__

was received by me on *(date)* __March 28, 2010__

☒ I personally served the summons on the individual at *(place)* __450 W. Locke Street, Ashdown, AR__ on *(date)* __April 5, 2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __April 13, 2010__

_Sullivan Stark_
Server's signature

__Sullivan Stark__
Printed name and title

__P.O. Box 67, Ogden, AR 71853__
Server's address

Additional information regarding attempted service, etc: