AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-4029

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Little River County, AR

was received by me on *(date)* March 28, 2010.

☐ I personally served the summons on the individual at *(place)* Little River County Judges Office
351 N 2nd St, Suite 4 – Ashdown, AR 71822 on *(date)* April 4, 2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Clayton Castleman , who is
designated by law to accept service of process on behalf of *(name of organization)* Little River County
351 N 2nd St, Suite 4 – Ashdown, AR 71822 on *(date)* April 5, 2010; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 13, 2010

*Server's signature*

Sullivan Stark
*Printed name and title*

P.O. Box 67, Ogden, AR 71853
*Server's address*

Additional information regarding attempted service, etc: