UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**SARAH DEADNER, as Guardian of
the Estate and Person of DUFF DEADNER
an incapacitated person**     **PLAINTIFFS**

vs.     **CASE NO.: CV 10-4029**

**LITTLE RIVER NURSING HOME, INC., et al**     **DEFENDANTS**

NOTICE OF APPEARANCE

Comes now the undersigned attorney who hereby enters his appearance on behalf of the Separate Defendants, Little River County, Arkansas, in this matter.

**Respectfully submitted,**

By:   /s/ C. Burt Newell
    **C. Burt Newell, Bar No. 82118
Attorney for at Law
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
(501) 624-0533 Fax
aperma@hotspringslaw.net**

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and I hereby certify that I have mailed the documents by the United States Postal Service to the following non-CME/ECF participants:

Morris W. Thompson
Morris W. Thompson Law Firm P.S.
P.O. Box 662
Little Rock, AR 72203

By:   /s/ C. Burt Newell
    **C. Burt Newell, Bar No. 82118**