UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**SARAH DEADNER, as Guardian of**
**the Estate and Person of DUFF DEADNER,**
**an incapacitated person**                                         **PLAINTIFF**

**v.**                                       **No. CV 10-4029**

**LITTLE RIVER NURSING & REHAB;**
**ANGELA DURHAM, individually and in**
**her official capacity; DAVID DEATON,**
**individually and in his official capacity;**
**BRENDA GARNER, individually and in her**
**official capacity; and GEORGE COLVERT, M.D.,**
**individually and in his official capacity**              **DEFENDANTS**

## MOTION TO DISMISS

Come Separate Defendants, LITTLE RIVER NURSING & REHAB, improperly named in the Complaint as Little River Nursing Home, Inc., Angela Durham, David Deaton, Brenda Garner and George Covert, M.D., improperly named in the Complaint as George Colvert, M.D, by and through their attorneys, THE HEALTH LAW FIRM, and for their Motion to Dismiss state:

1.    Plaintiff has brought an action alleging violations of 42 U.S.C. § 1981, 42 U.S.C. §1983, the Arkansas Civil Rights Act, the Arkansas Long-Term Care Resident's Rights Act, and breach of contract.

2.    Little River Nursing & Rehab is a governmental entity, owned and operated by Little River County.

1

3.  The individually named Defendants are entitled to qualified immunity from the aforementioned allegations.

4.  Nevertheless, Plaintiff has failed to set forth a plausible claim upon which relief can be granted against any named Defendant.

5.  Plaintiff's Complaint should be dismissed, with prejudice, as a matter of law for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

6.  A brief in support of this Motion is attached herewith.

**WHEREFORE**, Separate Defendants Little River Nursing & Rehab, Angela Durham, David Deaton, Brenda Garner and George Covert, M.D. move for dismissal of Plaintiff's Complaint and prays to be awarded attorney fees, costs and all other proper legal and equitable relief.

**Respectfully submitted,**

By:  /s/ Gabriel D. Mallard
Gabriel D. Mallard
Arkansas Bar No. 2005130
**THE HEALTH LAW FIRM**
*Attorney for Little River Nursing & Rehab; Angela Durham, individually and in her official capacity; David Deaton, individually and in his official capacity; Brenda Garner, individually and in her official capacity; and George Covert, M.D., individually and in his official capacity*
One Cantrell Center
2800 Cantrell Rd., Ste. 200
Little Rock, AR 72202
Phone: (501) 221-7100

Fax: (501) 224-8787
gdmallard@healthlawfirm.com

**CERTIFICATE OF SERVICE**

I, Gabriel D. Mallard, certify that on this 26th day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System to the following attorneys:

*Attorneys for Little River County*

Ralph C. Ohm
P.O. Box 1558
Hot Springs, AR 71902-1558
(501) 624-7555
(501) 624-7575 Fax
*aperma@hotspringslaw.net*

C. Burt Newell
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
(501) 624-0533 Fax
*aperma@hotspringslaw.net*

I hereby certify that I have mailed the documents by the United States Postal Service to the following non-CM/ECF participants:

*Attorney for Sarah Deadner, as Guardian of the Estate and Person of Duff Deadner, an Incapacitated Person*
Mr. Morris W. Thompson
Morris W. Thompson Law Firm, P.A.
P.O. Box 662
Little Rock, AR 72203

　　　　　　　　　　　　　　　　　　　　　　 /s/ Gabriel D. Mallard
　　　　　　　　　　　　　　　　　　　　　　Gabriel D. Mallard