IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SARAH DEADNER, as Guardian
of the Estate and Person of DUFF
DEADNER, an Incapacitated Person                                             PLAINTIFF

VS.                                        CASE NO. 10-CV-4029

LITTLE RIVER NURSING HOME,
INC., et al.,                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time. (Doc. No. 14). In the motion, Plaintiff seeks additional time in which to respond to Defendants' Motion to Dismiss. Defendants have responded opposing the extension. (Doc. No. 15). Upon consideration, the Court finds that the motion should be and hereby is **granted**. Plaintiff shall have up to and including May 20, 2010 in which to file her response to the Motion to Dismiss filed in this case.

IT IS SO ORDERED, this 18th day of May, 2010.

       /s/Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge