IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SARAH DEADNER                                                                                       PLAINTIFF

v.                                    Civil No. 10-CV-4029

LITTLE RIVER NURSING
HOME, INC., et al.                                                                               DEFENDANTS

**O R D E R**

On this 22nd day of September, 2010, the Court finds that the Motion to Dismiss Case [Doc. 12], Motion to Dismiss [Doc. 26], and Motion Dismiss Amended Complaint [Doc. 28], filed in the above captioned matter should be and hereby is referred to United States Magistrate Judge, Barry A. Bryant, pursuant to 28 U.S.C. § 636 (b)(1)(A) and Rule 72.1, Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**UNITED STATES DISTRICT JUDGE**