IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SARAH DEADNER                                                                                          PLAINTIFF

V                                              CIVIL NO. 10-4029

LITTLE RIVER NURSING HOME, INC., ET AL                                                 DEFENDANT

## ORDER

Please take notice that the above styled cause is scheduled for hearing on the following pending motions: Motion to dismiss case (Doc.12), Motion to dismiss (Doc. 26), and Motion to dismiss amended complaint (Doc. 28).  The hearing will take place on Thursday, January 13, 2011 at 1:00 p.m. in the United States District Courtroom, 3rd Floor, United States Post Office and Courthouse, 500 N. Stateline Ave., Texarkana, Arkansas.

IT IS SO ORDERED THIS December 6, 2010.

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE