IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SARAH DEADNER as Guardian of
the Estate and Person of DUFF DEADNER,
an incapacitated person                                                                              PLAINTIFF

vs.                                       Civil No. 4:10-cv-4029

LITTLE RIVER NURSING
HOME, INC., et al.                                                                                  DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed on March 25, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 50). Judge Bryant recommends that Separate Defendant Dr. George Covert's Motion to Dismiss (Doc. 26) be **GRANTED.** The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto* and dismisses Plaintiff's claims against Dr. George Covert.

**IT IS SO ORDERED**, this 18th day of April, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge